UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................X

PETER BASILE,

                        Plaintiff,              **RULE 7.1 STATEMENT**

      - against -                    07 CV 1027 (GEL) (ECF CASE)

BOARD OF EDUCATION OF THE YONKERS CITY
SCHOOL DISTRICT,
                       Defendant.

..............................................X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for PETER BASILE (a private, non-governmental party) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party, which are publicly held: NONE.

DATED:     New York, New York
              February 13, 2007

                                      JAMES R. SANDNER, ESQ. (JS-0360)
                                      Attorney for Plaintiff
                                      New York State United Teachers
                                      Office of General Counsel
                                      52 Broadway, 9th Floor
                                      New York, New York 10004
                                      (212) 533-6300

                            By:   */s/ Maria Elena Gonzalez/*
                                      Maria Elena Gonzalez, Esq. (MG-3895)
                                      Of Counsel

NYCLegal:105259