AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

PETER BASILE

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07 CV 1027

BOARD OF EDUCATION OF THE YONKERS CITY SCHOOL DISTRICT

JUDGE LYNCH

TO: (Name and address of defendant)

BOARD OF EDUCATION OF THE YONKERS CITY SCHOOL DISTRICT
1 LARKIN CENTER
YONKERS, NEW YORK 10701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES R. SANDNER
52 BROADWAY, 9TH FLOOR
NEW YORK, NEW YORK 10004

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK Marcos Quintero

FEB 13 2007

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE April 5, 2007 |
|---|---|
| NAME OF SERVER (PRINT) Aileen O. Calcagni | TITLE attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other (specify): Served by process server on 3/21/07 (see affidavit of service attached) - however complaint served was missing signature page. Defendants attorney, Lawrence Thomas, agreed to accept corrected service via express mail which was received April 5, 2007

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 11, 2007
Date

[signature]
Signature of Server

52 Broadway, 9th Floor
New York, NY 10004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Attorney:

UNITED STATES DISTRICT COURT
**COUNTY OF** SOUTHERN DST. NEW YORK

PETER BASILE

Plaintiff(s)

- against-

BOARD OF EDUCATION OF YONKERS CITY SCHOOL DISTRICT

Defendant(s)

Index No. 07 CV 1027

**AFFIDAVIT OF SERVICE OF:**

SUMMONS AND COMPLAINT IN A CIVIL ACTION

**STATE OF NEW YORK: COUNTY OF WESTCHESTER ss:**

JOHN F. BALD BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 03/21/07 at 1232 Hours at 1 LARKIN PLAZA YONKERS, NY 10701 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION on BOARD OF EDUCATION OF YONKERS CITY SCHOOL DISTRICT therein named,

**INDIVIDUAL** A ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION** B ☒ a (domestic) (~~foreign~~) corporation by delivering thereat a true copy of each to JEAN MCCORD personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be AUTHORIZED thereof

**SUITABLE AGE PERSON** C ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ☐ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC.** D ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx). | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 45 | 5'6 | 160 |

GLASSES

**MILITARY SERVICE** ☐ Person spoken to was asked whether the recipient(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the 03/21/07

GERI L. ALBERT
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 20 09

JOHN F. BALD
LICENSE No.

# 146697

STATE PROCESS SERVING COMPANY P.O. Box 625 • Yorktown Heights, New York 10598 • 914-243-5817